UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **MONTY SASSEEN,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) No. 4:02CV1187-DJS |
| | ) |
| **AL LUEBBERS,** | ) |
| | ) |
| Respondent. | ) |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #11] is accepted and adopted.

**IT IS FURTHER ORDERED** that Al Luebbers, Superintendent of Farmington Correctional Center, be substituted for James Purkett as proper party respondent.

Dated this  25th  day of May, 2005.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE